UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| ROBERTO GARCIA, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 3:17-cv-01162-CLS |
| TIFFIN MOTOR HOMES, INC., | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Roberto Garcia, and the Defendants, Tiffin Motor Homes, Inc., and respectfully request that this Honorable Court enter an Order dismissing, *with prejudice*, all claims asserted in the above-styled action, with each party to bear its own costs. As grounds therefore, the undersigned represent that the parties have reached a full resolution of all claims.

Respectfully submitted,

/s/ *Jeff Friedman*
Jeff Friedman (asb-6868-n77j)
Rachel H. Cobble (asb-2000-s17d)
FRIEDMAN, DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, Alabama 35243-3219
jfriedman@friedman-lawyers.com
rcobble@friedman-lawyers.com

/s/ *Jeff Bowling (signed with permission)*
Jeffrey Bowling
BEDFORD ROGERS & BOWLING PC
303 North Jackson Avenue
Russellville, AL 35653
jeffbrbpc@bellsouth.net


/s/ *Thomas Donald (signed with permission)*
Thomas C. Donald
LAW OFFICE OF THOMAS C. DONALD, LLC
1707 29th Court South
Birmingham, AL 35209
cdonald@donaldlawfirm.com


/s/ *Michael Parrish (signed with permission)*
Michael Parrish
PARRISH & THEUS LLC
P.O. Box 590067
Birmingham, AL 35259
mike.parrish@parrish-theus.com