# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ROBERTO GARCIA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. 3:17-cv-1162-CLS |
| **TIFFIN MOTOR HOMES, INC.** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation of Dismissal,[1] it is ORDERED that this action is DISMISSED with prejudice. Each party shall bear his or its own costs. The Clerk is directed to close this file.

DONE and ORDERED this 14th day of August, 2018.

_____
United States District Judge

---

[1] Doc. no. 32.